IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JAMES M. FRANCIS,

          Plaintiff,

v.

JOHANNA ML FRANCIS,

          Defendant.

CIVIL ACTION
NO. 16-4376

## JUDGMENT

**AND NOW**, this 18th day of April 2023, it is **ORDERED** as follows:

1. On Plaintiff James Francis's claims in the Complaint (Doc. No. 2-2, Ex. A) alleging in Count I (Equitable Relief: Quiet Title to 232 S. 3rd Street), in Count II (Breach of the Partnering Agreement), in Count III (Waste and Mismanagement – New York Properties), and in Count V (Waste and Mismanagement – Philadelphia Properties), Judgment will be entered in favor of Defendant Johanna Francis and against Plaintiff James Francis on each of these four Counts.[1]

---

[1] Plaintiff James Francis withdrew Count IV (Fraudulent Transfer of Business Interests) before trial.

2. On Defendant Johanna Francis's Counterclaims (Doc. No. 8) alleging in Count I (Declaratory Judgment), in Count II (Waste and Mismanagement of the Philadelphia Properties and Philadelphia Partnership Assets), in Count III (Unjust Enrichment), in Count IV (Tortious Interference), and in Count V (Conversion), Judgment will be entered in favor of Plaintiff James Francis and against Defendant Johanna Francis on each of these five Counts.  Accordingly, neither Plaintiff James Francis nor Defendant Johanna Francis is entitled to any relief in this case.

BY THE COURT:


/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.